UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MICHAEL STEVEN KOBER,

    Plaintiff,

v.                                                                           Civil Action No. _____

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

**Attachment to Civil Cover Sheet**

Attorneys for Plaintiff


Clinton C. Black (TA)
Bar Roll # 26604
2122 Airline Drive, Suite 200
Bossier City, Louisiana 71111
Telephone:     (318) 747-9636
Facsimile:     (318) 747-7679


Vincent E. Nowak, SBOT# 15121550
Robert R. Bell, SBOT# 00787062
MULLIN HOARD & BROWN, LLP
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas  79120-1656
806.372.5050
806.371.6230 (Fax)