10/01/2009 09:56  1317952020  LANDERS DODGE  PAGE 01/01

## VERIFICATION

STATE OF LOUISIANA §§§
BOSSIER PARISH

BEFORE ME, the undersigned notary public, on this day personally appeared Michael Steven Kober, who, after being duly sworn, stated under oath that he the plaintiff in this action, that he has read Plaintiff's Original Complaint for Emergency Injunction Relief and Demand for Jury Trial, and that every factual statement contained in the complaint is within his personal knowledge and is true and correct.

_____
Michael Steven Kober

SUBSCRIBED AND SWORN to before me on this the 1st day of October 2009.

_____
Notary Public, State of Louisiana

BRIDGETT L. BROCK
NOTARY PUBLIC #63738
PARISH OF BOSSIER, STATE OF LOUISIANA
MY COMM. IS FOR LIFE