UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER | CIVIL ACTION NO. 09-1772 |
| VERSUS | JUDGE STAGG |
| NATIONAL BOARD OF MEDICAL EXAMINERS | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

Based on the foregoing:

**IT IS ORDERED** that the motion to dismiss filed by defendant National Board of Medical Examiners be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's claims against the National Board of Medical Examiners are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this _____ day of _____, 2009.

_____
DISTRICT JUDGE