

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **MICHAEL STEVEN KOBER** | **CIVIL ACTION NO. 5:09CV1772** |
| **VERSUS** | **JUDGE STAGG** |
| **NATIONAL BOARD OF MEDICAL EXAMINERS** | **MAGISTRATE JUDGE HORNSBY** |

### NOTICE OF MOTION SETTING

    Please take notice that the Motion to Dismiss (Document No. 3) filed by National Board of Medical Examiners on November 13, 2009 has been referred to the Honorable Tom Stagg.  A written ruling will be issued in due course.

### Deadlines

    Any party who opposes the motion may file a memorandum in opposition within **fifteen (15) calendar days** from the date of this notice.  The movant may file a reply memorandum, without leave of court, within **ten (10) calendar days** after the date on which the memorandum in opposition is filed. Local rule 7.8W governs the length of the memoranda.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

    It is the policy of the Court to decide motions on the basis of the record **without** oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Required

    A paper courtesy copy of the motion, opposition, and reply brief must be delivered to chambers promptly after filing.  The mailing address is 300 Fannin St., Suite 4100, Shreveport, LA, 71101-3091

**DATE OF NOTICE: November 13, 2009.**

                                                               TONY R. MOORE
                                                                CLERK OF COURT

COPY SENT
DATE:	November 13, 2009
BY:	mr
TO:	TS