UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER | CIVIL ACTION NO. 09-1772 |
| v. | JUDGE STAGG |
| NATIONAL BOARD OF MEDICAL EXAMINERS | MAGISTRATE JUDGE HORNSBY |

## PETITION FOR ADMISSION *PRO HAC VICE*

In accordance with the Uniform Local Rules for the United States District Court, Western District of Louisiana, application is made to be admitted *pro hac vice* to the bar of this court for the purpose of appearing on behalf of the NATIONAL BOARD OF MEDICAL EXAMINERS in the above-described action. I am ineligible to become a member of this court, but I am a member in good standing of the bar of the District of Columbia Court of Appeals, which is the highest court in the district in which I practice. Attached hereto is a certificate of good standing from said court. Also attached hereto is payment of the applicable fee of $25.00, made payable to "Clerk, U.S. District Court." There have been no disciplinary proceedings or criminal charges instituted against me. Also, in accordance with the Uniform Local Rules of the United States District Court, Western District of Louisiana, John T. Kalmbach, of the firm of Cook, Yancey, King & Galloway, is appointed as local counsel.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Robert A. Burgoyne
District of Columbia Bar No. 366757

801 Pennsylvania Avenue, NW
Market Square, Suite 500
Washington, DC 20004-2623
Telephone: (202) 662-4513
Telecopier: (202) 662-4643
rburgoyne@fulbright.com

*and*

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: _____
John T. Kalmbach, #24484

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850
john.kalmbach@cookyancey.com

ATTORNEYS FOR NATIONAL BOARD OF
MEDICAL EXAMINERS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Shreveport, Louisiana, this 4 day of December 2009.

_____
OF COUNSEL