UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL STEVEN KOBER, | CIVIL ACTION NO. 09-1772 |
| v. | JUDGE STAGG |
| NATIONAL BOARD OF MEDICAL EXAMINERS | MAGISTRATE JUDGE HORNSBY |

### ORDER

Based on the foregoing:

**IT IS ORDERED** that ROBERT A. BURGOYNE be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of the National Board of Medical Examiners in the above described action.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this the _____ day of _____, 2009.

_____
DISTRICT JUDGE