**RECEIVED**

DEC 0 7 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL STEVEN KOBER** | **CIVIL ACTION 5:09-cv-1772** |
| **VERSUS** | **JUDGE WALTER** |
| **NATIONAL BOARD OF MEDICAL EXAMINERS** | **MAGISTRATE HORNSBY** |

## AFFIDAVIT OF LONG ARM SERVICE

BEFORE ME, the undersigned Notary Public, personally came and appeared **RACHEL N. BOTHEL**, who after being duly sworn, did depose and state:

That she is an assistant for Clinton C. Black, attorney for **MICHAEL STEVEN KOBER**; that she mailed the process to the defendant, **NATIONAL BOARD OF MEDICAL EXAMINERS**, consisting of a certified copy of a Original complaint for Emergency Injunctive Relief and Demand for Jury Trial in the above captioned case, enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed. This long arm service was effected on October 26, 2009 as evidenced by the return receipt from the U.S. Post Office attached hereto.

_____
RACHEL N. BOTHEL

SWORN TO AND SUBSCRIBED before me, Notary Public, on this ___ day of _December_, 2009 in Bossier City, Bossier Parish, Louisiana.

_____
NOTARY PUBLIC

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

National board of Medical examiners
c/o CT Corporation System
1025 Vermont Ave, N.W.
Washington D.C. 20005

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7009 0080 0001 9549 9258

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540