U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN - 7 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

MICHAEL STEVEN KOBER

versus                          CIVIL ACTION NO. 09-1772
                                      JUDGE TOM STAGG

NATIONAL BOARD OF MEDICAL
EXAMINERS

## JUDGMENT

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that the motion to dismiss filed by the defendant (Record Document 3) is **GRANTED**. All claims by the plaintiff against the defendant are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 7th day of June, 2010.

_____
JUDGE TOM STAGG